**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No.  13-cv-01653-LTB-BNB

TODD WEST, an individual,

    Plaintiff,

v.

CHUAN YU, an individual, and
JDS UNIPHASE CORPORATION, a Delaware corporation,

    Defendants.

---

**ORDER**

---

THIS MATTER having come before the Court on the Joint Stipulated Motion for Dismissal with Prejudice (Doc 37 - filed September 10, 2014), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                        BY THE COURT:

                                         s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED:   September 11, 2014